UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH RUSSELL, MYRTIE SCHNEIDER,        :
VICKI SCHOPMYER, SHIRLEY SEAWARD,        :
BENNES KAY SEYDEL, DEBORAH SHAVIES,      :
MARGARET SISK, ANDREA L. SMEDLEY-        :
HASTY, NARCISSUS SMITH, PAUL SMITH,      :
RAYMOND J. SMITH, ROBERT SMITH,          :
SARALEE SMITH, WILLIAM SOSEBEE, LISA     :
SPEROW, CHERYL SPURLOCK, CAROLYN         :
STANLEY, MARTHA STAPLES, CARYL           :
STEPHENS, VELMA STEPHENS,                :
                                         :
       Plaintiffs.                       :    Civil Action
v.                                       :    No. 04-11390-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
       Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 8, 2004
    Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
  Boehringer Ingelheim Pharmaceuticals, Inc