UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH RUSSELL, MYRTIE SCHNEIDER,           :
VICKI SCHOPMYER, SHIRLEY SEAWARD,           :
BENNES KAY SEYDEL, DEBORAH SHAVIES,         :
MARGARET SISK, ANDREA L. SMEDLEY-           :
HASTY, NARCISSUS SMITH, PAUL SMITH,         :
RAYMOND J. SMITH, ROBERT SMITH,             :
SARALEE SMITH, WILLIAM SOSEBEE, LISA        :
SPEROW, CHERYL SPURLOCK, CAROLYN            :
STANLEY, MARTHA STAPLES, CARYL              :
STEPHENS, VELMA STEPHENS,                   :
                                            :
        Plaintiffs,                         :   Civil Action
v.                                          :   No. 04-11390-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                 :
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS          :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,            :
                                            :
        Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

|  |  |
|---|---|
| Dated:  September 2, 2004<br>        Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |