UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH RUSSELL, MYRTIE SCHNEIDER,            :
VICKI SCHOPMYER, SHIRLEY SEAWARD,            :
BENNES KAY SEYDEL, DEBORAH SHAVIES,          :
MARGARET SISK, ANDREA L. SMEDLEY-            :
HASTY, NARCISSUS SMITH, PAUL SMITH,          :
RAYMOND J. SMITH, ROBERT SMITH,              :
SARALEE SMITH, WILLIAM SOSEBEE, LISA         :
SPEROW, CHERYL SPURLOCK, CAROLYN             :
STANLEY, MARTHA STAPLES, CARYL               :
STEPHENS, VELMA STEPHENS,                    :
                                             :
        Plaintiffs,                          :   Civil Action
v.                                           :   No. 04-11390-GAO
                                             :
INDEVUS PHARMACEUTICALS, INC., F/K/A         :
INTERNEURON PHARMACEUTICALS, INC.;           :
WYETH, INC., F/K/A AMERICAN HOME             :
PRODUCTS CORPORATION; WYETH                  :
PHARMACEUTICALS, INC F/K/A WYETH-            :
AYERST PHARMACEUTICALS, INC., A              :
DIVISION OF AMERICAN HOME PRODUCTS           :
CORPORATION; AND BOEHRINGER                  :
INGELHEIM PHARMACEUTICALS, INC.,             :
                                             :
        Defendants.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  September 2, 2004                                  Respectfully submitted,
        Boston, Massachusetts

                                                           /s/Matthew J. Matule
                                                           Matthew J. Matule (BBO #632075)
                                                           SKADDEN, ARPS, SLATE,
Of Counsel:                                                  MEAGHER & FLOM LLP
Barbara Wrubel                                             One Beacon Street
Katherine Armstrong                                        Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                      (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                             Counsel for Defendant
                                                           Indevus Pharmaceuticals, Inc.